# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139367

ROBERT G. ZEICHMAN, Trustee of the
ROBERT G. ZEICHMAN TRUST, U/A/D
4/13/81, and ROBERT G. ZEICHMAN
and ROBERT C. ZEICHMAN, Co-Trustees
of the MARY ANN ZEICHMAN TRUST,
U/A/D 2/1/91,
            Plaintiffs-Appellees,

v

ZEICHMAN MANUFACTURING, INC.,
            Defendant-Appellant.

SC: 139367
COA: 281772
Kent CC: 07-002151-CK

_____/

On order of the Court, the application for leave to appeal the June 16, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010

Clerk

y0125